**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 12-cv-01639-WYD-CBS

ORBITCOM, INC.,

    Petitioner,

v.

QWEST COMMUNICATIONS COMPANY, LLC d/b/a CENTURYLINK QCC

    Respondent,

___

**STIPULATED BRIEFING SCHEDULE**
___

The parties hereby submit the following Stipulated Briefing Schedule. The following documents will be filed with the Court on the following dates:

- All Motions will be filed on or before September 14, 2012.
- All Responses to Motions will be filed on or before September 28, 2012.
- All Replies to Motions will be filed on or before October 8, 2012.

DATED this 6th day of September, 2012.

BY THE COURT:

_____
~~District Court Judge~~
Craig B. Shaffer
United States Magistrate Judge

Approved by and respectfully submitted this 31st day of August, 2012.

OGBORN, SUMMERLIN & OGBORN, LLC

/s/ Michael J. Ogborn

_____
Murray Ogborn, Reg. No. 14508
Michael J. Ogborn, Reg. No. 20932
Thomas Neville, Reg. No. 35011
1700 Broadway Street, Suite 1900
Denver, Colorado 80290
Phone: (303) 861-7472
Facsimile: (303) 831-0551
E-mail: murray@osolaw.com; mike@osolaw.com
*Attorneys for Petitioner OrbitCom, Inc.*


BRYAN CAVE HRO

/s/ Steven J. Perfrement

_____
Steven J. Perfrement
Desmonne A. Bennett
1700 Lincoln Street, Suite 4100
Denver, Colorado 80203
303-861-7000 (phone)
303-866-0200 (fax)
steven.perfrement@bryancave.com
desmonne.bennett@bryancave.com