IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   12-cv-01639-WYD-CBS

ORBITCOM, INC.,

    Petitioner,

v.

QWEST COMMUNICATIONS COMPANY, LLC d/b/a CENTURYLINK QCC,

    Respondent.

---

## FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order filed on March 12, 2013 by the Honorable Wiley Y. Daniel, Senior United States District Judge, and incorporated herein by reference as if fully set forth, it is

    ORDERED that judgment is hereby entered in favor of Respondent, Qwest Communications Company, LLC d/b/a CenturyLink QCC, and against Petitioner, Orbitcom, Inc., on the Court's grant of Respondent's Motion to Confirm Arbitration Award.  It is further

    ORDERED that this matter is hereby dismissed.  It is further

    ORDERED that Respondent shall have its costs by the filing of a Bill of Costs with the Clerk of this Court, pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1, within fourteen (14) days of entry of judgment.

    DATED at Denver, Colorado this <u>13th</u> day of March, 2013.

    FOR THE COURT:
    JEFFREY P. COLWELL, CLERK

    By: <u>s/ Edward P. Butler</u>
    Edward P. Butler Deputy Clerk